IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELINDA LUCERO,

    Plaintiff,

v.                                                             Civ. No. 1:24-cv-01068-JFR-JMR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM FIRE
AND CASUALTY COMPANY, and
MITCHELL INTERNATIONAL, INC.,

    Defendants.

## STIPULATION REGARDING DATE FOR STATE FARM DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT

Plaintiff, Melinda Lucero, and Defendants, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("State Farm Defendants"), stipulate that State Farm Defendants have until November 18, 2024 to answer or otherwise respond to Plaintiff's First Amended Complaint.

                                                            Respectfully submitted,

                                                            MILLER STRATVERT P.A.

                                                            By */s/ Todd A. Schwarz*
                                                               Todd A. Schwarz
                                                               Post Office Box 25687
                                                               Albuquerque, NM 87125
                                                               Telephone: (505) 842-1950
                                                               Facsimile: (505) 243-4408
                                                               tschwarz@mstlaw.com
                                                               *Attorney for Defendant State Farm*

                                                               and

By *Electronically approved 10/28/24*
Bryan Williams
WILLIAMS INJURY LAW, P.C.
4801 All Saints Rd. NW
Albuquerque, NM 87120
505-594-4444
505-214-5990 fax
bryan@bryan4results.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of October, 2024, a copy of the foregoing was electronically filed through the CM/ECF system, and that a copy of the foregoing was sent via email to the following:

Bryan Williams
WILLIAMS INJURY LAW, P.C.
4801 All Saints Rd. NW
Albuquerque, NM 87120
505-594-4444
505-214-5990 fax
bryan@bryan4results.com

Andrea D. Harris
VALLE, O'CLEIREACHAIN,
ZAMORA & HARRIS P.C.
1805 Rio Grande Blvd. NW, Suite 2
Albuquerque, NM 87104
(505) 888-4357
(505) 883-5613 (fax)
adh@vozlaw.com

Nikko Harada
Christopher P. Winters
HARADA & WINTERS LLC
P.O. Box 65659
Albuquerque, NM 87193-5659
505-484-6695
nharada@hwlawnm.com
cwinters@hwlawnm.com

Geoffrey R. Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints RD NW
Albuquerque, NM 87120
geoff@geoffromerolaw.com

Kevin Holmes
HOLMES LAW FIRM, P.C.
5203 Juan Tabo Blvd. NE, Suite 2E
Albuquerque, NM 87111
(505) 433-1947
Kevin@holmesnm.com

*Attorneys for Plaintiff*


*/s/ Todd A. Schwarz*
Todd A. Schwarz



\\Abq-tamarack\ProData\000065-053135\Pleadings\5428867.docx