IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MELINDA LUCERO,<br><br>Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTO INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, and MITCHELL INTERNATIONAL, INC.,<br><br>Defendants. | No. 1:24-cv-01068-PJK-JMR |

ORDER

THIS MATTER comes before the court on its Order to Show Cause filed August 19, 2026 (ECF No. 53) and Plaintiff Melinda Lucero's Response to Order to Show Cause filed September 2, 2026 (ECF No. 56).

On August 5, 2026, this court issued a memorandum opinion and order (the "Dismissal Order") dismissing all claims against Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "State Farm") (ECF No. 52). It then directed Plaintiff to show cause as to why the sole remaining count in Plaintiff's operative complaint, a New Mexico state law civil conspiracy claim, against the sole remaining Defendant, Mitchell International, Inc. (Count IX), should not be dismissed because civil conspiracy is not actionable on its own

and must attach to an independent, unlawful act. ECF No. 53 at 2–3. Plaintiff then filed her response.[1]

In its Order to Show Cause, the court specifically instructed Plaintiff not to address whether the court should reconsider its decision on State Farm's motion to dismiss but rather identify any independent legal basis not to dismiss Count IX against Mitchell. Id. at 3 n.1. Notwithstanding, Plaintiff argues for reconsideration of the Dismissal Order. ECF No. 56 at 1–4. She offers no other justification as to why Count IX should not be dismissed against Mitchell, instead urging the court not to do so because it might reinstate the claims against State Farm due to her then-pending motion for reconsideration. Id. at 4–7. But the court has denied Plaintiff's motion for reconsideration (ECF No. 60). Accordingly, for the reasons stated in the court's Order to Show Cause filed August 19, 2026 (ECF No. 53) and herein, the court will dismiss Count IX against Mitchell.

Because there are no remaining Defendants, the court will also deny State Farm Mutual Automobile Insurance Company's Motion for Protective Order filed November 20, 2024 (ECF No. 24).

[1] On September 9, 2026, Defendant Mitchell filed a Reply to Plaintiff's Response to Order to Show Cause (ECF No. 57).

NOW, THEREFORE, IT IS ORDERED that Count IX against Defendant Mitchell International, Inc. is DISMISSED with prejudice. All pending motions are DENIED and the Order to Show Cause (ECF No. 53) is discharged.

DATED this 1st day of October 2026, at Santa Fe, New Mexico.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation